UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

In re Air Crash Near Woodbury, Connecticut
on December 20, 2002,                          MD-05-1689 (CPS)

                                               ORDER

----------------------------------------X

All individual actions in this multidistrict litigation case having been settled or otherwise concluded, the Clerk is hereby directed to close the case.

The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

SO ORDERED.

Dated :   Brooklyn, New York
          October 9, 2007

                                    s/Hon. Charles P. Sifton
                                    _____
                                    United States District Judge